**IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON**
**DIVISION ONE**

STATE OF WASHINGTON,      )
                                   )     No. 69717-0-I
           Respondent,   )
                                     )
           v.                    )
                                     )
PHILLIP D. BALDWIN,    )     UNPUBLISHED OPINION
                                     )
           Appellant.     )     FILED: _____APR - 7 2014_____
                                     )

PER CURIAM — Phillip Baldwin appeals his conviction for second degree rape, arguing that the trial court erred in instructing the jury that it had a "duty to return a verdict of guilty" if it found all the elements of the offense beyond a reasonable doubt. This argument is controlled by our decision in State v. Ryan P. Moore, No. 69766-8 (Wash. February 18, 2014) and the cases cited therein.

Affirmed.

FOR THE COURT:

Becker, J.

Cox, J.

Spearman, J.